IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSEPH ANDREW HOBBS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:19-cv-00165 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| CPT. JOSH HAYES, *et al.*, | ) | United States District Judge |
|     Defendants. | ) | |

**MEMORANDUM OPINION**

Plaintiff Joseph Andrew Hobbs, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. By orders entered February 14 and 21, 2019, the court conditionally filed this action and, *inter alia*, advised Hobbs that he must notify the court in writing immediately upon his transfer or release and provide the court with a new address. *See* Dkt. Nos. 3 and 5. The court warned Hobbs that failure to notify the court of a change of address would result in dismissal of the case. *Id.* On May 28, 2019, a notice was returned to the court as undeliverable and with no forwarding address. *See* Dkt. No. 16. Hobbs has not provided the court with an updated address; therefore, the court has no means of contacting him. Accordingly, the court will dismiss Hobbs' complaint without prejudice. Hobbs is advised that he may refile his claims in a separate action.

An appropriate order will be entered.

Entered: June 20, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge